IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALEXIS KELLER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV92 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GEORGIA CHECK RECOVERY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after an appearance by counsel for the defendant. **See** Filing No. 10. On April 13, 2009, Stephanie Fuller, the president of the defendant corporation, filed a motion to dismiss. **See** Filing No. 6. The defendant did not file a brief in support of the motion. The defendant did not have legal counsel at that time. Because a corporation may not proceed without representation by licensed legal counsel, the court held the motion to dismiss in abeyance to allow the defendant an opportunity to secure legal counsel. The defendant complied with the court's order. Under the circumstances, the defendant will have additional time to comply with the local rules regarding the filing of motions. **See** NECivR 7.0.1. Additionally, the defendant has leave to amend the motion to dismiss or withdraw it, as necessary. Accordingly,

**IT IS ORDERED:**

1. The defendant Georgia Check Recovery, Inc. shall have to **on or before May 29, 2009**, to withdraw the motion to dismiss and file an answer, or in the alternative, to file an amended motion and brief, as necessary.

2. The plaintiff shall have to **on or before June 22, 2009**, to respond to the motion to dismiss. The defendant shall have five business days thereafter, to file a reply.

DATED this 15th day of May, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge