**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **ALEXIS KELLER,**            ) | |
|                               ) | |
|         **Plaintiff,**        ) | |
|                               ) | **09CV92** |
|     vs.                       ) | |
|                               ) | **ORDER TO SHOW CAUSE** |
| **GEORGIA CHECK RECOVERY,**   ) | |
| **INC.,**                     ) | |
|                               ) | |
|         **Defendant.**        ) | |

    The records of the court show that on May 14, 2009, Attorney John H. Ziegenbein entered a notice of appearance (Filing No. 10) in this case. At the same time, Mr. Ziegenbein was given information regarding registration for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

    As of the close of business on August 12, 2009, Mr. Ziegenbein has not complied with the request given him.

    **IT IS ORDERED** that, on or before **August 21, 2009**, Mr. Ziegenbein shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

    DATED this 13th day of August, 2009.

                                                          BY THE COURT:

                                                          s/Thomas D. Thalken
                                                          United States Magistrate Judge