IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

Alexis Keuer,

    Plaintiff,

v.

Georgia Check Recovery, Inc.,

    Defendant

Case Number: 8:09CV92

CONSENT TO EXERCISE
OF JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE
AND
ORDER OF REFERENCE

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] For | Alexis Keuer | 08/03/09 |
| [signature] For | Georgia Check Recovery | 8/14/09 |
| For | | |
| For | | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable **Thomas D. Thalken**, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

8/25/09
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03