# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ALEXIS KELLER,** ) ) **Plaintiff,** ) ) **v.** ) ) **GEORGIA CHECK RECOVERY, INC.,** ) ) **Defendant.** ) | **8:09CV92** **ORDER** |

Upon notice of settlement given to the magistrate judge on August 26, 2009, by David M. Marco, counsel for the plaintiff,

**IT IS ORDERED that:**

1.   All deadlines contained in the court's August 18, 2009, Order (Filing No. 25) are suspended and the telephone planning conference is cancelled upon the representation that this case is settled.

2.   Based on an agreement of counsel, the plaintiff shall have to **on or before September 25, 2009**, to file a motion for attorney's fees. See Fed. R. Civ. P. 54; NECivR 54.3 and 54.4. The standard briefing schedule shall apply pursuant to NECivR 7.0.1(b)(1)(B) and (c).

DATED this 26th day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.